SUE L. SCARRETTA, Respondent, v. JOHN SCARRETTA, Appellant.— Motion for stay denied, without costs. (See Civ. Prac. Act, §§ 615, 597.) Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

■

UNIVERSAL MANUFACTURING CORP., Respondent, v. PHILIP TRENTACOSTE et al., Copartners Doing Business under the Name of CORONA EQUIPMENT CO., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

■

TITLE GUARANTEE AND TRUST COMPANY, as Sole Surviving Executor of and Trustee under the Will of JOHN I. D. BRISTOL, Deceased, Respondent, v. HAMILTON HICKS, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 723.]

■

EUGENE ARDITA, Doing Business under the Name of CASA SEVILLE, Appellant, v. JACK BRIGHT, Individually and as President of American Guild of Variety Artists, et al., Respondents.— In an action by an owner of a " theater restaurant " for a judgment declaring that defendants, individually and as representatives of a labor union, have violated the provisions of section 340 of the General Business Law (dealing with restraint of trade), for an injunction, and money damages, plaintiff appeals from an order denying his motion for an injunction *pendente lite*. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

In the Matter of HANNE K. ERICKSON, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination made by respondent, which refused petitioner's application for a certificate for eviction of a tenant from certain housing accommodations, petitioner appeals from an order dismissing the petition. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ.

■

ELEANORE KAPLOWITZ, Respondent, v. ARNOLD KAPLOWITZ, Appellant.— Defendant appeals from a judgment granting plaintiff a separation, awarding custody of a child, directing defendant to pay $65 a week for support of plaintiff and the child, and awarding a counsel fee. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.